UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-CR-70 RM |
| | ) | |
| MARIA RODRIGUEZ | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 16, 2012 [Doc. No. 15]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Maria Rodriguez's plea of guilty, and FINDS the defendant guilty of Count 1 the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B).

SO ORDERED.

ENTERED:   September 6, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court